# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134040

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 134040
COA: 277412
Saginaw CC: 05-026362-FH

ARTHUR LAMAR RODGERS,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 26, 2007 order of the Court of Appeals is considered. We DIRECT appellate counsel, Kenneth M. Malkin, to file a supplemental brief addressing the reason(s) for his failure to timely file the defendant's delayed application for leave to appeal in the Court of Appeals, which led to administrative dismissal of the application on jurisdictional grounds. Counsel shall file the supplemental brief within 28 days of the date of this order.

      The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk

d0830